

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Bonny Bergman v FedEx Corporate Services, Debby Schmidt and Kim Kyker

08CV3386
JUDGE KENNELLY
MAG. JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bonny Bergman

| NAME (Type or print) |
|---|
| Laurie J. Wasserman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Laurie J. Wasserman |

| FIRM |
|---|
| Law Offices of Laurie J. Wasserman |

| STREET ADDRESS |
|---|
| 9933 Lawler Avenue, Suite 122 |

| CITY/STATE/ZIP |
|---|
| Skokie, IL 60077 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3124845 | 847-674-7324 |

FILED
JUN 12 2008
Jun 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐