

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Bonny Bergman v FedEx Corporate Services, Debby Schmidt and Kim Kyker

08CV3386
JUDGE KENNELLY
MAG. JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bonny Bergman

| NAME (Type or print) |
|---|
| Carol G. Silverman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Carol G. Silver— |

| FIRM |
|---|
| Law Offices of Laurie J. Wasserman |

| STREET ADDRESS |
|---|
| 9933 Lawler Avenue, Suite 122 |

| CITY/STATE/ZIP |
|---|
| Skokie, IL 60077 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6189650 | 847-674-7324 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

FILED
JUN 12 2008
Jun 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT