IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNY BERGMAN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>FEDEX CORPORATE SERVICES, INC. )<br>DEBBIE SCHMIDT, and )<br>KIM KYKER )<br>)<br>    Defendants. ) | CASE NO. 08-C-3386<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

## NOTIFICATION OF AFFILIATES PURSUANT TO
## LOCAL RULE 3.2

COMES NOW Defendant FedEx Corporate Services, Inc. ("FedEx"), and by and through its undersigned counsel of record and in accordance with Federal Rule of Civil Procedure 7.1(a) and LR 3.2 discloses as follows:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes (X) No

2. Does party have any parent corporations?

    (X) Yes ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: **FedEx Corporate Services, Inc. is a wholly-owned subsidiary of FedEx Corporation**.

3. Is 5% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (X) Yes ( ) No

    If yes, identify all such owners: **FedEx Corporation**.

4.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes (X) No

If yes, identify entity and nature of interest: **NA**.

Dated: July 19, 2008                    Respectfully submitted,

**FEDEX CORPORATE SERVICES, INC.**

By: s/Jay L. Grytdahl
    Jay L. Grytdahl
    ILARDC #6271036
    Senior Counsel
    Federal Express Corporation
    Legal Department—Litigation
    3620 Hacks Cross Road
    Building B, 3rd Floor
    Memphis, TN  38125-8800
    Telephone:  (901) 434-8590
    Fax:  (901) 434-9278
    Email: jlgrytdahl@fedex.com

ATTORNEYS FOR DEFENDANT

2

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 19, 2008, a true and correct copy of the above and foregoing pleading was served by (X) the Court's Electronic Case Filing ("ECF") system, ( ) U.S. Mail, first-class postage prepaid, ( ) facsimile, ( ) FedEx delivery, and/or ( ) hand delivery on:

                              Laurie J Wasserman
                              Law Offices of Laurie J. Wasserman
                              9933 North Lawler Avenue
                              Suite 122
                              Skokie, Il 60077
                              (847) 674-7324
                              Email: ljw@webemploymentlaw.com

                                        <u>s/ Jay L. Grytdahl</u>
                                        Jay L. Grytdahl