# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 08 - C - 3386

Bergman

v.

FedEx Corporate Services, Debbie Schmidt and Kim Kyker

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Debbie Schmidt

| NAME (Type or print) |
| --- |
| Jay L. Grytdahl |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jay L. Grytdahl |
| FIRM |
| Federal Express Corporation Legal Department |
| STREET ADDRESS |
| 3620 Hacks Cross Road, Building B, 3rd Floor |
| CITY/STATE/ZIP |
| Memphis, TN 38125 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC 6271036 | 901.434.8590 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

738324v2