UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bonny Bergman
                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−03386
                                                            Honorable Matthew F. Kennelly

FedEx Corporate Services, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 8/13/2008 with attorneys for both sides. Status hearing continued to 9/17/2008 at 09:00 AM., with attorneys by telephone. Parties are to initiate the call to chambers. Defendant's counsel is reminded that local counsel must be designated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.